Morkero, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-29-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
Anwar et al.,

                Plaintiffs,

vs.

Fairfield Greenwich Limited, et al.,

                Defendants.

This Document Relates To: All Actions
----------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

## STIPULATION ADJOURNING DEADLINE TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties in the above-captioned action, as follows:

1. The time within which each of the undersigned Fairfield-related Defendants[1] in the above-captioned action may answer the Second Consolidated Amended Complaint is extended through and includes October 15, 2010.

2. By agreeing to this stipulation, the undersigned Plaintiffs and Fairfield-related Defendants do not waive and expressly preserve any and all claims and defenses they may have.

Dated:  New York, New York
         September 29, 2010

---

[1] The Fairfield-related Defendants are Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., Fairfield Heathcliff Capital LLC, Lourdes Barreneche, Vianney d'Hendecourt, Robert Blum, Cornelis Boele, Harold Greisman, Jacqueline Harary, David Horn, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Charles Murphy, Walter Noel, Andres Piedrahita, Corina Piedrahita, Santiago Reyes, Yanko Della Schiava, Andrew Smith, Maria Teresa Pulido Mendoza, Philip Toub, Jeffrey Tucker and Amit Vijayvergiya.

BOIES, SCHILLER & FLEXNER LLP
WOLF POPPER LLP
LOVELL STEWART & HALEBIAN LLP

By:_____
   David Boies
   BOIES, SCHILLER & FLEXNER LLP
   333 Main Street
   Armonk, NY 10504
   (914) 749-8200

   David A. Barrett
   Howard L. Vickery
   BOIES, SCHILLER & FLEXNER LLP
   575 Lexington Avenue
   New York, NY 10022
   (212) 446-2300

   Stuart H. Singer
   Carlos M. Sires
   Sashi Bach Boruchow
   BOIES, SCHILLER & FLEXNER LLP
   401 East Las Olas Boulevard, #1200
   Ft. Lauderdale, Florida 33301
   (954) 356-0011

   Robert C. Finkel
   James A. Harrod
   WOLF POPPER LLP
   845 Third Avenue
   New York, NY 10022
   (212) 759-4600

   Christopher Lovell
   Victor E. Stewart
   LOVELL STEWART HALEBIAN LLP
   61 Broadway, Suite 501
   New York, NY 10006
   (212) 608-1900

*Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs*

SIMPSON THACHER & BARTLETT LLP

By: _/s/ Mark G. Cunha_____
   Mark G. Cunha
   Peter E. Kazanoff
   Michael J. Chepiga
   425 Lexington Avenue
   New York, NY 10017
   (212) 455-2000

*Attorneys for Fairfield Greenwich Ltd., Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Fairfield Heathcliff Capital LLC, Lourdes Barreneche, Yanko Della Schiava, Vianney d'Hendecourt, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Corina Piedrahita, Santiago Reyes, Andrew Smith, and Philip Toub*

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>WOLF POPPER LLP<br>LOVELL STEWART & HALEBIAN LLP<br><br>By: /s/ David Boies<br>David Boies<br>BOIES, SCHILLER & FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br><br>David A. Barrett<br>Howard L. Vickery<br>BOIES, SCHILLER & FLEXNER LLP<br>575 Lexington Avenue<br>New York, NY 10022<br>(212) 446-2300<br><br>Stuart H. Singer<br>Carlos M. Sires<br>Sashi Bach Boruchow<br>BOIES, SCHILLER & FLEXNER LLP<br>401 East Las Olas Boulevard, #1200<br>Ft. Lauderdale, Florida 33301<br>(954) 356-0011<br><br>Robert C. Finkel<br>James A. Harrod<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, NY 10022<br>(212) 759-4600<br><br>Christopher Lovell<br>Victor E. Stewart<br>LOVELL STEWART HALEBIAN LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br>(212) 608-1900<br><br>*Lead Counsel for Plaintiffs and Counsel for PSLRA Plaintiffs* | SIMPSON THACHER & BARTLETT LLP<br><br>By: _____<br>Mark G. Cunha<br>Peter E. Kazanoff<br>Michael J. Chepiga<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br><br>*Attorneys for Fairfield Greenwich Ltd., Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors, LLC, Fairfield Risk Services Ltd., Fairfield Heathcliff Capital LLC, Lourdes Barreneche, Yanko Della Schiava, Vianney d'Hendecourt, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Julia Luongo, Mark McKeefry, Maria Teresa Pulido Mendoza, Charles Murphy, Corina Piedrahita, Santiago Reyes, Andrew Smith, and Philip Toub* |

2

| | |
|---|---|
| O'SHEA PARTNERS LLP<br><br>By: _____<br>    Sean F. O'Shea<br>    521 Fifth Avenue, 25th Floor<br>    New York, NY 10175<br>    (212) 682-4426<br><br>*Attorneys for Cornelis Boele* | KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br><br>By: /s/ Daniel J. Fetterman /AK6<br>    Marc Kasowitz<br>    Daniel J. Fetterman<br>    1633 Broadway<br>    New York, NY 10019<br>    (212) 506-1700<br><br>*Attorneys for Jeffrey Tucker* |
| DECHERT LLP<br><br>By: _____<br>    Andrew Levander<br>    David Hoffner<br>    1095 Avenue of the Americas<br>    New York, NY 10036<br>    (212) 698-3500<br><br>*Attorneys for Andrés Piedrahita* | WHITE & CASE LLP<br><br>By: _____<br>    Glenn Kurtz<br>    Andrew Hammond<br>    1155 Avenue of the Americas<br>    New York, NY 10036<br>    (212) 819-8200<br><br>*Attorneys for Walter M. Noel, Jr.* |
| DEBEVOISE & PLIMPTON LLP<br><br>By: _____<br>    Mark Goodman<br>    Helen Cantwell<br>    919 Third Avenue<br>    New York, NY 10022<br>    (212) 909-6000<br><br>*Attorneys for Amit Vijayvergiya* | MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C.<br><br>By: _____<br>    Edward M. Spiro<br>    565 Fifth Avenue<br>    New York, NY 10017<br>    (212) 856-9600<br><br>*Attorneys for David Horn and Robert Blum* |

O'SHEA PARTNERS LLP

By:_____
   Sean F. O'Shea
   521 Fifth Avenue, 25th Floor
   New York, NY 10175
   (212) 682-4426

*Attorneys for Cornelis Boele*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By:_____
   Marc Kasowitz
   Daniel J. Fetterman
   1633 Broadway
   New York, NY 10019
   (212) 506-1700

*Attorneys for Jeffrey Tucker*

DECHERT LLP

By:_____
   Andrew Levander
   David Hoffner
   1095 Avenue of the Americas
   New York, NY 10036
   (212) 698-3500

*Attorneys for Andrés Piedrahita*

WHITE & CASE LLP

By:_____
   Glenn Kurtz
   Andrew Hammond
   1155 Avenue of the Americas
   New York, NY 10036
   (212) 819-8200

*Attorneys for Walter M. Noel, Jr.*

DEBEVOISE & PLIMPTON LLP

By:_____
   Mark Goodman
   Helen Cantwell
   919 Third Avenue
   New York, NY 10022
   (212) 909-6000

*Attorneys for Amit Vijayvergiya*

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: *Ed Spiro/cro*
   Edward M. Spiro
   565 Fifth Avenue
   New York, NY 10017
   (212) 856-9600

*Attorneys for David Horn and Robert Blum*

3

| | |
|---|---|
| O'SHEA PARTNERS LLP | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| By: *Marc Feingold /csq*<br>Sean F. O'Shea<br>521 Fifth Avenue, 25th Floor<br>New York, NY 10175<br>(212) 682-4426 | By: _____<br>Marc Kasowitz<br>Daniel J. Fetterman<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700 |
| *Attorneys for Cornelis Boele* | *Attorneys for Jeffrey Tucker* |
| DECHERT LLP | WHITE & CASE LLP |
| By: *David Hoffner /csq*<br>Andrew Levander<br>David Hoffner<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3500 | By: *Andrew Hammond /csq*<br>Glenn Kurtz<br>Andrew Hammond<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 |
| *Attorneys for Andrés Piedrahita* | *Attorneys for Walter M. Noel, Jr.* |
| DEBEVOISE & PLIMPTON LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
| By: *Mark Goodman /csq*<br>Mark Goodman<br>Helen Cantwell<br>919 Third Avenue<br>New York, NY 10022<br>(212) 909-6000 | By: _____<br>Edward M. Spiro<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 856-9600 |
| *Attorneys for Amit Vijayvergiya* | *Attorneys for David Horn and Robert Blum* |

SO ORDERED.

9-29-10

DATE          VICTOR MARRERO, U.S.D.J.

3